UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORINE ELAT, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:13-mc-00055-BAH |
| | § | |
| | § | |
| CAROLINE RAÏSSA EMANDOP | § | District of Maryland |
| NGOUBENE, ROXANE MARIE- | § | (Southern Division) |
| FRANÇOISE NGOUBENE, DANY | § | Civil Action No. 11-2931-PWG |
| ESTELLE NGOUBENE, | § | |
|     Defendants. | § | |

**NOTICE OF WITHDRAWAL OF**
**MOTION TO QUASH AND FOR PROTECTIVE ORDER AS MOOT**

On January 18, 2013, Plaintiff Corine Elat filed a Motion to Quash and For Protective Order regarding subpoenas served in this District. On January 30, pursuant to an agreement of the parties, Defendants withdrew the outstanding subpoenas. Therefore, Plaintiff's motion has become moot and she respectfully withdraws it.

1

DATED this 30th day of January 2013.    Respectfully submitted,

    BAKER BOTTS L.L.P.

    */s/ Stephen M. Ng*
    Stephen M. Ng
    D.C. Bar No. 984733
    stephen.ng@bakerbotts.com

    Erik T. Koons
    D.C. Bar No. 467289
    erik.koons@bakerbotts.com

1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Fax: (202) 585-4075

    Van Beckwith
    Texas State Bar No. 02020150
    van.beckwith@bakerbotts.com

    Jonathan R. Mureen
    Texas State Bar No. 24060313
    jon.mureen@bakerbotts.com

    Russell W. Fusco
    Texas State Bar No. 24069743
    russell.fusco@bakerbotts.com

2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2080
Telephone: (214) 953-6500
Facsimile: (214) 855-8200

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 30, 2013, I caused a copy of the foregoing to be served on Defendants' counsel via email:

> Timothy F. Maloney, Esq.
> tmaloney@jgllaw.com
> Hina Z. Hussain
> hhussain@jgllaw.com
> Joseph, Greenwald & Laake, P.A.
> 6404 Ivy Lane
> Suite 400
> Greenbelt, MD 20770
> *Counsel for Defendants*

January 30, 2013          */s/ Stephen M. Ng*
                 Stephen M. Ng
                 D.C. Bar No. 984733

                 ***Attorney for Plaintiff Corine Elat***